1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 MARTHA RODRIGUEZ MEJIA,          )
                                    )  No. C 08-2112-WHA
13         Petitioner,              )
                                    )
14     v.                           )
                                    )  **DECLARATION OF RODERICK ARCE**
15 MICHAEL CHERTOFF;                )
   NANCY ALCANTAR; MICHAEL B.       )
16 MUKASEY,                         )
                                    )
17         Respondents.             )

18 ─────────────────────────────────

   I, ARCE RODERICK, DECLARE AS FOLLOWS:
19
   (1) I am a Deportation Officer for Detention and Removal Operations for Immigration and
20
   Customs Enforcement (ICE) in San Francisco, California. In that capacity, I have reviewed the
21
   petitioner's Administrative File and have direct knowledge of this case and attest as follows.
22
   (2) The petitioner, Martha Rodriguez Mejia, A79-610-946, is a native and citizen of Mexico
23
   who is subject to a final removal order.
24
   (3) The petitioner was arrested by ICE on February 22, 2008.
25
   (4) In lieu of detention, the petitioner was placed on an Intensive Supervision Appearance
26
   Program (ISAP).
27
   (5) The petitioner is scheduled to appear in person at the ISAP office at 3:00 p.m. on April 24,
28
   2008, in order to take off her ankle bracelet.

   ARCE DECLARATION
   C 08-2112-WHA

(6) The petitioner is scheduled to depart from the United States on April 25, 2008, at 12:40 a.m. via a flight to Mexico.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2008

Roderick Arce
Deportation Officer
Detention and Removal Operations
United States Immigration and Customs Enforcement
San Francisco, California

ARCE DECLARATION
C 08-2112-WHA