IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RODRIGUEZ MEJIA,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL CHERTOFF, NANCY ALCANTAR, and MICHAEL MUKASEY,<br><br>    Respondents. | No. C 08-02112 WHA<br><br>**TEMPORARY RESTRAINING ORDER** |

    The motion for a temporary restraining order is **GRANTED**. The defendants are enjoined from deporting petitioner pending further order of the Court. An evidentiary hearing will be held on **MAY 7, 2008**, at **8:00 A.M.** All parties shall appear.

    **IT IS SO ORDERED.**

Dated: April 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RODRIGUEZ MEJIA, | Case Number: CV08-02112 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICHAEL CHERTOFF et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Teresa Salazar-Cosmos
Immigration Practice Group
555 Clay Street
San Francisco, CA 94111

Dated: April 24, 2008

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk