IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RODRIGUEZ MEJIA,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL CHERTOFF, NANCY ALCANTAR, and MICHAEL MUKASEY,<br><br>    Respondents.<br>_____/ | No. C 08-02112 WHA<br><br>**TEMPORARY RESTRAINING ORDER** |

    The motion for a temporary restraining order is **GRANTED**. The defendants are enjoined from deporting petitioner pending further order of the Court. An evidentiary hearing will be held on **MAY 7, 2008**, at **8:00 A.M.** All parties shall appear.

    **IT IS SO ORDERED.**

Dated: April 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE