IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTHA RODRIGUEZ MEJIA,

    Plaintiff,

v.

MICHAEL CHERTOFF, NANCY ALCANTAR, and MICHAEL MUKASEY,

    Defendants.

No. C 08-02112 WHA

**ORDER TO PRO TEM REPORTER TO PRODUCE TRANSCRIPT**

On April 24, 2008, a hearing was held in the above-entitled action. Production of a transcript of that hearing for the court is necessary for the resolution of this matter.

Accordingly, a pro tem court reporter Kelly Bryce is directed to prepare the transcript of this proceeding on the following basis:

    ( ) Ordinary (within 30 days @ $3.65 per page).

    ( X ) 14-Day (within 14 days @ $4.25 per page).

    ( ) Expedited (within 7 days @ $4.85 per page).

    ( ) Daily (overnight @ $6.05 per page).

Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: April 24, 2008.

    WILLIAM ALSUP
    United States District Judge

cc: Court Reporter Supervisor and Pro Tem Reporter

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RODRIGUEZ MEJIA,<br><br>          Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF et al,<br><br>          Defendant._____/ | Case Number: CV08-02112 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Teresa Salazar-Cosmos
Immigration Practice Group
555 Clay Street
San Francisco, CA 94111

Dated: April 24, 2008

                              Richard W. Wieking, Clerk
                              By: Dawn Toland, Deputy Clerk