**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AMENDED CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 24, 2008

Case No.  C 08-02112 WHA

Title: MARTHA RODRIGUEZ MEJIA v. MICHAEL CHERTOFF

Plaintiff Attorneys: Teresa Salazar-Cosmos

Defense Attorneys: Ed Olson

Deputy Clerk:  Dawn Toland

Court Reporter: Kelly Bryce

**PROCEEDINGS**

1)   TRO - HELD

2)

Continued to  **5/7/08 at 8:00 am**  for Evidentiary Hearing

**ORDERED AFTER HEARING:**

The temporary restraining order is granted.  Parties shall appear for an evidentiary hearing set for 5/6/08 at 8:00 am.