1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-6915
6  FAX: (415) 436-6927

7  Attorneys for Respondents

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   MARTHA RODRIGUEZ MEJIA,            )
12                                    )   No. C 08-2112-WHA
                 Petitioner,          )
13                                    )
           v.                         )
14                                    )   **STIPULATION TO DISMISS; AND**
   MICHAEL CHERTOFF;                  )   **[PROPOSED] ORDER**
15 NANCY ALCANTAR; MICHAEL B.         )
   MUKASEY,                           )
16                                    )
                 Respondents.         )
17

18     The petitioner, by and through her attorney of record, and respondents, by and through their

19 attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-

20 entitled action without prejudice in light of the fact that the respondents have agreed not to

21 remove the petitioner from the United States at any time prior to the resolution by the Board of

22 Immigration Appeals (BIA) of her pending motion to reopen, which alleges that the petitioner

23 received ineffective assistance of counsel.

24     Each of the parties shall bear their own costs and fees.

25

26

27

28

STIPULATION TO DISMISS
C 08-2112-WHA                            1

| | |
|---|---|
| Dated: April 28, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Dated: April 28, 2008 | /s/<br>TERESA SALAZAR-COSMOS<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
WILLIAM ALSUP
United States District Judge

STIPULATION TO DISMISS
C 08-2112-WHA                                   2