1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927

7  Attorneys for Respondents

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
   MARTHA RODRIGUEZ MEJIA,           )
12                                   )   No. C 08-2112-WHA
               Petitioner,           )
13                                   )
          v.                         )
14                                   )   **STIPULATION TO DISMISS; AND**
   MICHAEL CHERTOFF;                 )   **[PROPOSED] ORDER**
15 NANCY ALCANTAR; MICHAEL B.        )
   MUKASEY,                          )
16                                   )
               Respondents.          )
17

18      The petitioner, by and through her attorney of record, and respondents, by and through their

19 attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-

20 entitled action without prejudice in light of the fact that the respondents have agreed not to

21 remove the petitioner from the United States at any time prior to the resolution by the Board of

22 Immigration Appeals (BIA) of her pending motion to reopen, which alleges that the petitioner

23 received ineffective assistance of counsel.

24      Each of the parties shall bear their own costs and fees.

25

26

27

28

Dated: April 28, 2008					Respectfully submitted,

							JOSEPH P. RUSSONIELLO
							United States Attorney

							/s/
							EDWARD A. OLSEN
							Assistant United States Attorney
							Attorneys for Respondents


Dated: April 28, 2008					/s/
							TERESA SALAZAR-COSMOS
							Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 29, 2008.				_____
							WILLIAM ALSUP
							United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

STIPULATION TO DISMISS
C 08-2112-WHA					2