1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
4
 | 450 Golden Gate Avenue, Box 36055
5 | San Francisco, California 94102
 | Telephone: (415) 436-6915
6 | FAX: (415) 436-6927

7 | Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARTHA RODRIGUEZ MEJIA,           )
                                  ) No. C 08-2112-WHA
          Petitioner,             )
                                  )
     v.                           )
                                  ) **STIPULATION TO DISMISS; AND**
MICHAEL CHERTOFF;                 ) [PROPOSED] **ORDER**
NANCY ALCANTAR; MICHAEL B.        )
MUKASEY,                          )
                                  )
          Respondents.            )

The petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the respondents have agreed not to remove the petitioner from the United States at any time prior to the resolution by the Board of Immigration Appeals (BIA) of her pending motion to reopen, which alleges that the petitioner received ineffective assistance of counsel.

Each of the parties shall bear their own costs and fees.

Dated: April 28, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Dated: April 28, 2008

/s/
TERESA SALAZAR-COSMOS
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 29, 2008.

_____
WILLIAM ALSUP
United States District Judge

STIPULATION TO DISMISS
C 08-2112-WHA                               2